647 A.2d 506

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**John W. ENGLISH, Jr., Respondent.**

**No. 69 Disciplinary Docket No. 3.**
**Disciplinary Board No. 88 DB 94.**

Supreme Court of Pennsylvania.

Sept. 16, 1994.

*CORRECTED ORDER*

PER CURIAM:

AND NOW, this 16th day of September, 1994, there having been filed with this Court by John W. English, Jr., his verified Statement of Resignation dated August 24, 1994, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John W. English, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.